**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-2503-REB-BNB

KEVIN BURKE, and
STANLEY BURKE,

      Plaintiffs,

v.

DAVID VARELA,
NORMAN M. BUTZ, and
WANDA NICHOLS,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

On December 8, 2005, the parties filed a **Stipulation of Dismissal With Prejudice as to Wanda Nichols** [#22].  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiffs' claims against defendant Wanda Nichols should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation of Dismissal With Prejudice as to Wanda Nichols** [#22], filed on December 8, 2005, is **APPROVED**;

2.  That plaintiffs' claims against defendant Wanda Nichols are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That defendant, Wanda Nichols, is **DROPPED** as a named party in this action, and the case caption is amended accordingly.

Dated January 19, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**