IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02503-REB-BNB

STANLEY BURKE, and
KEVIN BURKE,

Plaintiffs,

v.

DAVID VARELA, and
NORMAN M. BUTZ,

Defendants.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **April 25, 2006**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated April 11, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge