**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02503-REB-BNB

KEVIN BURKE, and
STANLEY BURKE,

    Plaintiffs,

v.

DAVID VARELA, and
NORMAN M. BUTZ,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

On May 17, 2006, the parties filed a **Stipulation for Dismissal, With Prejudice** [#44]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal, With Prejudice** [#44] filed on May 17, 2006, **IS APPROVED**;

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for September 29, 2006, is **VACATED**;

4. That the jury trial set to commence October 16, 2006, is **VACATED**; and

5.  That any pending motion is **DENIED** as moot.

Dated May 17, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**